NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FERRING B.V.,**
*Plaintiff-Appellant,*

v.

**WATSON LABORATORIES, INC. - FLORIDA,**
*Defendant,*

AND

**APOTEX, INC.** AND **APOTEX CORP.,**
*Defendants-Appellees.*

---

2014-1377

---

Appeal from the United States District Court for the District of Nevada in Nos. 3:11-cv-00481-RCJ-VPC, 3:11-cv-00485-RCJ-VPC, 3:11-cv-00854-RCJ-VPC, and 2:12-cv-01941-RCJ-VPC, Judge Robert Clive Jones.

---

**FERRING B.V.,**
*Plaintiff-Appellee,*

v.

**WATSON LABORATORIES, INC. - FLORIDA,**
*Defendant-Appellant,*

**AND**

**APOTEX, INC. AND APOTEX CORP.,**
*Defendants.*

---

2014-1416

---

Appeal from the United States District Court for the District of Nevada in Nos. 3:11-cv-00481-RCJ-VPC, 3:11-cv-00485-RCJ-VPC, 3:11-cv-00853-RCJ-VPC, 3:11-cv-00854-RCJ-VPC, 3:12-cv-01953-RCJ-VPC, and 2:12-cv-01941-RCJ-VPC, Judge Robert Clive Jones.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Upon review of Watson Laboratories, Inc.-Florida's recently filed appeal in this matter,

IT IS ORDERED THAT:

The appeals are deconsolidated. The briefing schedule in Watson's appeal is as follows: Watson's opening brief is due May 1, 2014; Ferring's response brief is due May 13, 2014; Watson's reply brief and the joint appendix are due May 19, 2014. Oral argument will be held before the same panel that is hearing 2014-1377 at 10 a.m. on June 10, 2014.

FERRING B.V. v. WATSON LABORATORIES, INC.                              3

                                                FOR THE COURT

                                                /s/ Daniel E. O'Toole
                                                Daniel E. O'Toole
                                                Clerk of Court

s8